1

2

3

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 07, 2016

SEAN F. McAVOY, CLERK

4

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

6

7     ROBERT THOMAS GUTHRIE,

NO:  4:15-CV-05106-SMJ

Plaintiff,

8                                                      **ORDER DISMISSING ACTION**

v.

9

10    ELDON VALE, DONALD
      HOLBROOK, BRENT CAULK, DR.
      SMITH, DR. LONGANO, KEVIN
11    BOVENKAMP, DR. RODRIGEZ,
      SHIRLEY NEISNER, PA MATT
12    SUMMERS, PA JOHN DOE, CRC
      PANEL JOHN/JANE DOES (WSP),
13    RN2 McALEY, RN3 HOLENVINSKI,
      JAMES TUCKER, LEE YOUNG,
14    MICHEAL ODEN, CRC PANEL
      JOHN/JANE DOES (WCC),
15    MEDICAL RECORDS DEPARMENT
      JOHN/JANE DOE, CHIEF MEDICAL
16    OFFICER HAMMOND and PA
      JAMES DUNCAN,
17
                                 Defendants.
18

19        By Order filed March 9, 2016, the Court directed that Ms. Patricia Guthrie,

20    the presumed successor or representative of Plaintiff, be personally served with a

ORDER DISMISSING ACTION -- 1

copy of that Order suggesting the death of Plaintiff, ECF No. 15.  The Clerk of Court was instructed to mail copies of that Order, along with a copy of the Order to Amend or Voluntarily Dismiss, ECF No. 14, to Ms. Guthrie at 4421 181st Pl SW, Lynnwood, WA 98037.

Rule 25 of the Federal Rules of Civil Procedure provides that if a party dies, unless substitution is made within 90 days of the service of a statement noting the death, the action shall be dismissed as to the deceased party. *See* Fed.R.Civ.P. 25(a)(1).  No motion for substitution has been made within 90 days after the Order re: Suggestion of Death was personally served on Ms. Guthrie on March 15, 2016, ECF No. 16.  Therefore, **IT IS ORDERED** that this action is **DISMISSED** pursuant to Fed. R. Civ. P. 25(a)(1).

**IT IS SO ORDERED**.  The Clerk of Court is directed to enter this Order, enter judgment, forward copies to Ms. Patricia Guthrie at the above noted address, and close the file.  The Court certifies that any appeal of this decision would not be taken in good faith

**DATED** this 7th day of July 2016.

SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING ACTION -- 2