# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ROBERT THOMAS GUTHRIE <br> *Plaintiff* <br> v. <br> SUPERINTENDENT ELDON VALE, et al <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 4:15-CV-05106-SMJ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** It is Ordered that this action is DISMISSED pursuant to Fed.R.Civ.P.25(a)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Mendoza, Jr.   pursuant to Fed.R.Civ.P.25(a)(1).

Date: July 7, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*
Cheryl Cambensy